Barry R. Swan, State Bar No 131191
REYNOLDS, JENSEN, SWAN & PERSHING, LLP
3233 Arlington Avenue
Suite 203
Riverside, California 92506
Telephone: (951) 787-9400
Facsimile: (951) 682-7312

Attorneys for Morgan Picks Two, LLC

**FILED & ENTERED**

**JUN 07 2017**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** tatum    **DEPUTY CLERK**

<u>**NOT FOR PUBLICATION**</u>

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA LOS ANGELES DIVISION

In re:

HOXIE, JAMES,

Debtor.

Case No. 2:17-bk-14477-RK

Chapter 7

**ORDER DENYING MOTION BY DEBTOR TO IMPOSE STAY**

Date: June 6, 2017
Time: 10:30 a.m.
Ctrm: 1675

The Debtor's Motion for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate ("Motion") came on regularly for hearing on June 6, 2017 in Courtroom 1675 before the Hon. Robert N. Kwan, presiding. No appearance was made by the Debtor. Morgan Picks Two, LLC opposed the Motion and appeared through their counsel, Barry R Swan.

On proof being made to the satisfaction of the Court, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Motion is denied on the basis that because of the Debtor's two prior bankruptcy filings within a twelve-month period before filing this case which were dismissed, under 11 U.S.C. § 362(c)(4), the Motion to be timely filed had to be filed within thirty days after the filing of this case and, in this instance, was not timely filed.

///

///

1
ORDER DENYING MOTION FOR STAY

1 | Moreover, the evidence submitted in support of the Motion does not meet the requisite elements
2 | required under 11 U.S.C. § 362(c)(4).

### 

24 | Date: June 7, 2017

Robert Kwan
United States Bankruptcy Judge

2
ORDER DENYING MOTION FOR STAY